

4 1st Avenue
Peabody, MA 01960

**Pay Statement**
Period Start Date 09/06/2025
Period End Date 09/19/2025
Pay Date 09/26/2025
Document 217208234

**Net Pay** $1,275.34

**Pay Details**

JASON GREEN
300 BOWMAN STREET
APT 208
DICKSON CITY, PA 18519
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 15402 | Pay Group | Access- US | |
| SSN | XXX-XX-XXXX | Location | PA. Moosic - 531AA | |
| Job | TS | Branch | 15310 - 15310 - Moosic, PA | |
| Pay Rate | $18.6800 | Department | 210 - 210 - Transportation Ops | |
| Pay Frequency | Biweekly | Job Function | TPS - Transportation | |
| | | Legal Entity | 100 - Access Inf Mgmt Shared Se | |

**Earnings**

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Gift Card | 0.000000 | $0.00 | $93.67 |
| Holiday | 0.000000 | $0.00 | $880.32 |
| Holiday Float | 0.000000 | $0.00 | $293.44 |
| Overtime | 1.500000 | $42.03 | $903.35 |
| Paid Time Off | 8.000000 | $149.44 | $1,478.08 |
| Regular-Hourly | 33.000000 | $616.44 | |
| Regular-Hourly | 40.000000 | $747.20 | $27,040.03 |

Total Hours 82.500000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) Contrib | Yes | $62.20 | $1,223.81 | $0.00 | $0.00 |
| Bon - Gift Card | No | $0.00 | $60.00 | $0.00 | $0.00 |
| Child Life | No | $0.61 | $12.20 | $0.00 | $0.00 |
| Child Support | No | $0.00 | $2,750.80 | $0.00 | $0.00 |
| Dental | Yes | $21.52 | $430.40 | $23.79 | $475.80 |
| EE Sup Life | No | $2.86 | $57.20 | $0.00 | $0.00 |
| STD | No | $0.53 | $10.51 | $0.00 | $0.00 |
| Vision | Yes | $8.40 | $168.00 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.82 | $36.40 | $0.00 | $0.00 |
| 401(k) ER Match | Yes | $0.00 | $0.00 | $46.65 | $917.82 |
| Basic EE Life | No | $0.00 | $0.00 | $2.68 | $53.60 |
| LTD | Yes | $0.00 | $0.00 | $1.96 | $38.57 |
| STD | Yes | $0.00 | $0.00 | $3.26 | $64.12 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $20.61 |
| Employee Medicare | $22.11 | $436.31 |
| Social Security Employee Tax | $94.56 | $1,865.61 |
| PA State Income Tax | $46.82 | $923.76 |
| MOOSIC | $15.25 | $300.93 |
| MOOSIC BORO | $1.81 | $38.01 |
| RIVERSIDE SD | $0.19 | $3.99 |
| PA Unemployment Employee | $1.09 | $21.50 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| US Floating Hol | 0.0000 | 0.0000 |
| US PTO | 4.3167 | 35.6837 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx2232 | Checking | $83.37 |
| xxxxxxxxx6566 | Debit Card | $1,191.97 |
| Total | | $1,275.34 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,555.11 | $1,462.99 | $181.83 | $97.94 | **$1,275.34** |
| YTD | $30,688.89 | $28,866.68 | $3,610.72 | $4,749.32 | $22,328.85 |



4 1st Avenue
Peabody, MA 01960

**Pay Statement**
Period Start Date 09/20/2025
Period End Date 10/03/2025
Pay Date 10/10/2025
Document 219780680

**Net Pay** $1,263.54

**Pay Details**

| | | | | | |
|---|---|---|---|---|---|
| JASON GREEN | Employee Number | 15402 | Pay Group | Access- US | |
| 300 BOWMAN STREET | SSN | XXX-XX-XXXX | Location | PA. Moosic - 531AA | |
| APT 208 | Job | TS | Branch | 15310 - 15310 - Moosic, PA | |
| DICKSON CITY, PA 18519 | Pay Rate | $18.6800 | Department | 210 - 210 - Transportation Ops | |
| USA | Pay Frequency | Biweekly | Job Function | TPS - Transportation | |
| | | | Legal Entity | 100 - Access Inf Mgmt Shared Se | |

**Earnings**

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Gift Card | 0.000000 | $0.00 | $93.67 |
| Holiday | 0.000000 | $0.00 | $880.32 |
| Holiday Float | 0.000000 | $0.00 | $293.44 |
| Overtime | 0.000000 | $0.00 | $903.35 |
| Paid Time Off | 8.000000 | $149.44 | |
| Paid Time Off | 8.000000 | $149.44 | $1,776.96 |
| Regular-Hourly | 33.250000 | $621.11 | |
| Regular-Hourly | 33.250000 | $621.11 | $28,282.25 |

**Total Hours** 82.500000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) Contrib | Yes | $61.64 | $1,285.45 | $0.00 | $0.00 |
| Bon - Gift Card | No | $0.00 | $60.00 | $0.00 | $0.00 |
| Child Life | No | $0.61 | $12.81 | $0.00 | $0.00 |
| Child Support | No | $0.00 | $2,750.80 | $0.00 | $0.00 |
| Dental | Yes | $21.52 | $451.92 | $23.79 | $499.59 |
| EE Sup Life | No | $2.86 | $60.06 | $0.00 | $0.00 |
| STD | No | $0.53 | $11.04 | $0.00 | $0.00 |
| Vision | Yes | $8.40 | $176.40 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.82 | $38.22 | $0.00 | $0.00 |
| 401(k) ER Match | Yes | $0.00 | $0.00 | $46.23 | $964.05 |
| Basic EE Life | No | $0.00 | $0.00 | $2.68 | $56.28 |
| LTD | Yes | $0.00 | $0.00 | $1.96 | $40.53 |
| STD | Yes | $0.00 | $0.00 | $3.26 | $67.38 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $20.61 |
| Employee Medicare | $21.91 | $458.22 |
| Social Security Employee Tax | $93.69 | $1,959.30 |
| PA State Income Tax | $46.39 | $970.15 |
| MOOSIC | $15.11 | $316.04 |
| MOOSIC BORO | $1.81 | $39.82 |
| RIVERSIDE SD | $0.19 | $4.18 |
| PA Unemployment Employee | $1.08 | $22.58 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| US Floating Hol | 0.0000 | 0.0000 |
| US PTO | 4.3167 | 24.0003 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx2232 | Checking | $101.39 |
| xxxxxxxxx6566 | Debit Card | $1,162.15 |
| Total | | $1,263.54 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,541.10 | $1,449.54 | $180.18 | $97.38 | **$1,263.54** |
| YTD | $32,929.90 | $30,216.22 | $3,790.80 | $4,846.70 | $23,592.39 |



4 1st Avenue
Peabody, MA 01960

**Pay Statement**
Period Start Date 10/04/2025
Period End Date 10/17/2025
Pay Date 10/24/2025
Document 222404146

**Net Pay** **$1,365.77**

**Pay Details**

| | | | |
|---|---|---|---|
| JASON GREEN | Employee Number 15402 | Pay Group Access- US | |
| 617 SUSQUEHANNA AVE | SSN XXX-XX-XXXX | Location PA. Moosic - 531AA | |
| FRONT | Job TS | Branch 15310 - 15310 - Moosic, PA | |
| OLYPHANT, PA 18447 | Pay Rate $18.6800 | Department 210 - 210 - Transportation Ops | |
| USA | Pay Frequency Biweekly | Job Function TPS - Transportation | |
| | | Legal Entity 100 - Access Inf Mgmt Shared Se | |

**Earnings**

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Gift Card | 0.000000 | $0.00 | $93.67 |
| Holiday | 0.000000 | $0.00 | $880.32 |
| Holiday Float | 0.000000 | $0.00 | $293.44 |
| Overtime | 1.500000 | $42.03 | |
| Overtime | 4.500000 | $126.09 | $1,071.47 |
| Paid Time Off | 0.000000 | $0.00 | $1,776.96 |
| Regular-Hourly | 40.000000 | $747.20 | |
| Regular-Hourly | 40.000000 | $747.20 | $29,776.65 |

**Total Hours** 86.000000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401(k) Contrib | Yes | $66.50 | $1,351.95 | $0.00 | $0.00 |
| Bon - Gift Card | No | $0.00 | $60.00 | $0.00 | $0.00 |
| Child Life | No | $0.61 | $13.42 | $0.00 | $0.00 |
| Child Support | No | $0.00 | $2,750.80 | $0.00 | $0.00 |
| Dental | Yes | $21.52 | $473.44 | $23.79 | $523.38 |
| EE Sup Life | No | $2.86 | $62.92 | $0.00 | $0.00 |
| STD | No | $0.53 | $11.57 | $0.00 | $0.00 |
| Vision | Yes | $8.40 | $184.80 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.82 | $40.04 | $0.00 | $0.00 |
| 401(k) ER Match | Yes | $0.00 | $0.00 | $49.88 | $1,013.93 |
| Basic EE Life | No | $0.00 | $0.00 | $2.68 | $58.96 |
| LTD | Yes | $0.00 | $0.00 | $1.96 | $42.49 |
| STD | Yes | $0.00 | $0.00 | $3.26 | $70.64 |

**Taxes**

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $0.00 | $20.61 |
| Employee Medicare | $23.68 | $481.90 |
| Social Security Employee Tax | $101.22 | $2,060.52 |
| PA State Income Tax | $50.12 | $1,020.27 |
| MOOSIC | $16.33 | $332.37 |
| MOOSIC BORO LST | $1.81 | $41.63 |
| RIVERSIDE SD-MOOSIC BORO | $0.19 | $4.37 |
| PA Unemployment Employee | $1.16 | $23.74 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---:|---:|
| US Floating Hol | 0.0000 | 0.0000 |
| US PTO | 4.3167 | 28.3170 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxxx2232 | Checking | $101.39 |
| xxxxxxxxx6566 | Debit Card | $1,264.38 |
| Total | | $1,365.77 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,662.52 | $1,566.10 | $194.51 | $102.24 | **$1,365.77** |
| YTD | $33,892.51 | $31,882.35 | $3,985.41 | $4,948.94 | $24,958.16 |

Case 5:25-bk-03412-MJC    Doc 4    Filed 11/26/25    Entered 11/26/25 16:45:30    Desc Main Document    Page 3 of 5



4 1st Avenue
Peabody, MA 01960

**Pay Statement**
Period Start Date 10/18/2025
Period End Date 10/31/2025
Pay Date 11/07/2025
Document 225096581

**Net Pay** $1,330.38

**Pay Details**

| | | | |
|---|---|---|---|
| JASON GREEN | Employee Number 15402 | Pay Group Access- US | |
| 617 SUSQUEHANNA AVE | SSN XXX-XX-XXXX | Location PA. Moosic - 531AA | |
| FRONT | Job TS | Branch 15310 - 15310 - Moosic, PA | |
| OLYPHANT, PA 18447 | Pay Rate $18.6800 | Department 210 - 210 - Transportation Ops | |
| USA | Pay Frequency Biweekly | Job Function TPS - Transportation | |
| | | Legal Entity 100 - Access Inf Mgmt Shared Se | |

**Earnings**

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Gift Card | 0.000000 | $0.00 | $93.67 |
| Holiday | 0.000000 | $0.00 | $880.32 |
| Holiday Float | 0.000000 | $0.00 | $293.44 |
| Overtime | 4.000000 | $112.08 | |
| Overtime | 0.500000 | $14.01 | $1,197.56 |
| Paid Time Off | 0.000000 | $0.00 | $1,776.96 |
| Regular-Hourly | 40.000000 | $747.20 | |
| Regular-Hourly | 40.000000 | $747.20 | $31,271.05 |

**Total Hours** 84.500000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) Contrib | Yes | $64.82 | $1,416.77 | $0.00 | $0.00 |
| Bon - Gift Card | No | $0.00 | $60.00 | $0.00 | $0.00 |
| Child Life | No | $0.61 | $14.03 | $0.00 | $0.00 |
| Child Support | No | $0.00 | $2,750.80 | $0.00 | $0.00 |
| Dental | Yes | $21.52 | $494.96 | $23.79 | $547.17 |
| EE Sup Life | No | $2.86 | $65.78 | $0.00 | $0.00 |
| STD | No | $0.53 | $12.10 | $0.00 | $0.00 |
| Vision | Yes | $8.40 | $193.20 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.82 | $41.86 | $0.00 | $0.00 |
| 401(k) ER Match | Yes | $0.00 | $0.00 | $48.61 | $1,062.54 |
| Basic EE Life | No | $0.00 | $0.00 | $2.68 | $61.64 |
| LTD | Yes | $0.00 | $0.00 | $1.96 | $44.45 |
| STD | Yes | $0.00 | $0.00 | $3.26 | $73.90 |

**Taxes**

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $20.61 |
| Employee Medicare | $23.06 | $504.96 |
| Social Security Employee Tax | $98.62 | $2,159.14 |
| PA State Income Tax | $48.83 | $1,069.10 |
| MOOSIC | $15.91 | $348.28 |
| MOOSIC BORO LST | $1.81 | $43.44 |
| RIVERSIDE SD-MOOSIC BORO | $0.19 | $4.56 |
| PA Unemployment Employee | $1.13 | $24.87 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---|---|
| US Floating Hol | 0.0000 | 0.0000 |
| US PTO | 4.3167 | 32.6337 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx2232 | Checking | $101.39 |
| xxxxxxxxx6566 | Debit Card | $1,228.99 |
| Total | | $1,330.38 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,620.49 | $1,525.75 | $189.55 | $100.56 | **$1,330.38** |
| YTD | $35,512.00 | $33,409.97 | $4,174.86 | $5,049.50 | $26,288.54 |

Case 5:25-bk-03412-MJC    Doc 4    Filed 11/26/25    Entered 11/26/25 16:45:30    Desc Main Document    Page 4 of 5



4 1st Avenue
Peabody, MA 01960

**Pay Statement**
Period Start Date 11/01/2025
Period End Date 11/14/2025
Pay Date 11/21/2025
Document 228021139

**Net Pay** $1,232.06

**Pay Details**

JASON GREEN
617 SUSQUEHANNA AVE
FRONT
OLYPHANT, PA 18447
USA

| | | | |
|---|---|---|---|
| Employee Number | 15402 | Pay Group | Access- US |
| SSN | XXX-XX-XXXX | Location | PA. Moosic - 531AA |
| Job | TS | Branch | 15310 - 15310 - Moosic, PA |
| Pay Rate | $18.6800 | Department | 210 - 210 - Transportation Ops |
| Pay Frequency | Biweekly | Job Function | TPS - Transportation |
| | | Legal Entity | 100 - Access Inf Mgmt Shared Se |

**Earnings**

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Gift Card | 0.000000 | $0.00 | $93.67 |
| Holiday | 0.000000 | $0.00 | $880.32 |
| Holiday Float | 0.000000 | $0.00 | $293.44 |
| Overtime | 0.000000 | $0.00 | $1,197.56 |
| Paid Time Off | 8.000000 | $149.44 | |
| Paid Time Off | 8.000000 | $149.44 | $2,075.84 |
| Regular-Hourly | 31.250000 | $583.75 | |
| Regular-Hourly | 33.250000 | $621.11 | $32,475.91 |

**Total Hours** 80.500000

**Deductions**

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401(k) Contrib | Yes | $60.15 | $1,476.92 | $0.00 | $0.00 |
| Bon - Gift Card | No | $0.00 | $60.00 | $0.00 | $0.00 |
| Child Life | No | $0.61 | $14.64 | $0.00 | $0.00 |
| Child Support | No | $0.00 | $2,750.80 | $0.00 | $0.00 |
| Dental | Yes | $21.52 | $516.48 | $23.79 | $570.96 |
| EE Sup Life | No | $2.86 | $68.64 | $0.00 | $0.00 |
| STD | No | $0.53 | $12.63 | $0.00 | $0.00 |
| Vision | Yes | $8.40 | $201.60 | $0.00 | $0.00 |
| Vol Sps Life | No | $1.82 | $43.68 | $0.00 | $0.00 |
| 401(k) ER Match | Yes | $0.00 | $0.00 | $45.11 | $1,107.65 |
| Basic EE Life | No | $0.00 | $0.00 | $2.68 | $64.32 |
| LTD | Yes | $0.00 | $0.00 | $1.96 | $46.41 |
| STD | Yes | $0.00 | $0.00 | $3.26 | $77.16 |

**Taxes**

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $0.00 | $20.61 |
| Employee Medicare | $21.37 | $526.33 |
| Social Security Employee Tax | $91.38 | $2,250.52 |
| PA State Income Tax | $45.25 | $1,114.35 |
| MOOSIC | $14.74 | $363.02 |
| MOOSIC BORO LST | $1.81 | $45.25 |
| RIVERSIDE SD-MOOSIC BORO | $0.19 | $4.75 |
| PA Unemployment Employee | $1.05 | $25.92 |

**Paid Time Off**

| Plan | Current | Balance |
|---|---:|---:|
| US Floating Hol | 0.0000 | 0.0000 |
| US PTO | 4.3167 | 20.9503 |

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxxx2232 | Checking | $111.39 |
| xxxxxxxxx6566 | Debit Card | $1,120.67 |
| Total | | $1,232.06 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,503.74 | $1,413.67 | $175.79 | $95.89 | **$1,232.06** |
| YTD | $37,016.74 | $34,821.74 | $4,350.75 | $5,145.39 | $27,520.60 |