United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-03412-MJC
Jason M Green  Chapter 7
Amanda Krawczyk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 28, 2025     Form ID: 309A     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M Green, Amanda Krawczyk, 617 Susquehanna Ave, Olyphant, PA 18447-1647 |
| tr | + | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| 5762645 | + | Berkheimer Tax Office, 300 Lackawanna Ave #116, Scranton, PA 18503-2001 |
| 5762646 | + | Brigid E Carey, Esq., PO Box 424, Chinchilla, PA 18410-0424 |
| 5762647 | | Capital One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5762655 | + | Commonwealth of Pennsylvania, 123 Wyoming Ave, Scranton, PA 18503-2026 |
| 5762656 | + | Connor Michael Harrison, A.D.A., 135 Jefferson Ave, Scranton, PA 18503-1717 |
| 5762659 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5762661 | + | JBAS Realty LLC, Attn: Patrick McHugh, 1 Keystone Place, Jessup, PA 18434-1818 |
| 5762664 | | Jefferson Capital Systems, 200 145th Ave East, Sartell, MN 56377 |
| 5762665 | + | Jeffrey & Cindy Schabloski, 104 Conklin Forks Road, Binghamton, NY 13903-6814 |
| 5762666 | + | Kevin & Jennifer Long, 3730 State Route 2012, Clifford Township, PA 18470-7448 |
| 5762667 | + | La Salle Academy, 1434 North 2nd Street, Philadelphia, PA 19122-3802 |
| 5762668 | + | Luxe Homes Real Estate LLC, 104 Delaware Ave, Olyphant, PA 18447-1518 |
| 5762669 | + | Luxe Homes Real Estate LLC, 104 Delaware Street, Olyphant, PA 18447-1518 |
| 5762671 | | ML Enterprise Inc, 245 W 17th St, Fl 4, New York, NY 10011-5373 |
| 5762673 | + | Olyphant Borough Electric Utilities, 113 Willow Ave, Olyphant, PA 18447-2508 |
| 5762675 | + | Pennsylvania Physician Services, LLC, 575 N RIVER ST, Wilkes Barre, PA 18764-0999 |
| 5762679 | | Santander Consumer USA Inc., 1 Allied Dr, Trevose, PA 19053-6945 |
| 5762681 | + | Sposto Law Offices, PC, 108 N washington Avenue, Suite 401, Scranton, PA 18503-1926 |
| 5762685 | + | The General Insurance Company, PO Box 8001, Stevens Point, WI 54481-8001 |
| 5762688 | + | Venmo, The Bancorp Bank N.A., 345 N Reid Place, Suite 700, Sioux Falls, SD 57103-7078 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Nov 28 2025 19:02:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | EDI: BJEDURKIN | Nov 29 2025 00:00:00 | Jill E. Durkin, Durkin Law, LLC, (Trustee), 401 Marshbrook Road, Factoryville, PA 18419-9533 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Nov 28 2025 19:02:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5762641 | + | Email/Text: bankruptcynotices@aarons.com | Nov 28 2025 19:02:00 | Aaron's Rent to Own, 1606 Nay Aug Ave, Scranton, PA 18509-1868 |
| 5762642 | | Email/Text: bankruptcynotices@aarons.com | Nov 28 2025 19:02:00 | Aaron's Sales and Lease Ownership, 340 S Washington Ave, Scranton, PA 18505-3815 |
| 5762643 | + | Email/Text: bankruptcy@rentacenter.com | Nov 28 2025 19:02:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5762644 | ^ | MEBN | Nov 28 2025 18:57:59 | Apothaker Scian P.C., 520 Fellowship Rd Ste |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5762649 | | Email/Text: bankruptcynotices@hellobrigit.com | Nov 28 2025 19:02:00 | CCB/Bridge IT Inc, 36 W 20th St, Fl 11, New York, NY 10011-4241 |
| 5762648 | | Email/Text: bankruptcy@cavps.com | Nov 28 2025 19:02:00 | Cavalry SPV I, LLC, As Assignee of Citi., 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5762650 | | EDI: PHINGENESIS | Nov 29 2025 00:00:00 | Celtic Bank Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 5762651 | | EDI: CITICORP | Nov 29 2025 00:00:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5762652 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 28 2025 19:02:00 | Collection Management Co., 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5762653 | + | EDI: COMCASTCBLCENT | Nov 29 2025 00:00:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5762654 | | EDI: COMCASTCBLCENT | Nov 29 2025 00:00:00 | Comcast/Xfinity Cable Services, PO BOX 6505, CHELMSFORD, MA 01824 |
| 5762657 | | EDI: CCS.COM | Nov 29 2025 00:00:00 | Credit Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 5762658 | | Email/Text: bdsupport@creditmanagementcompany.com | Nov 28 2025 19:02:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5762660 | | EDI: LCIICSYSTEM | Nov 29 2025 00:00:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5762662 | | EDI: JEFFERSONCAP.COM | Nov 29 2025 00:00:00 | Jefferson Capital LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5762670 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2025 19:08:43 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5762672 | ^ | MEBN | Nov 28 2025 18:57:41 | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5762674 | + | EDI: AGFINANCE.COM | Nov 29 2025 00:00:00 | One Main, 601 NW 2ND ST, Evansville, IN 47708-1013 |
| 5762676 | | EDI: PRA.COM | Nov 29 2025 00:00:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5762677 | | EDI: PRA.COM | Nov 29 2025 00:00:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 102, Norfolk, VA 23502-4952 |
| 5762678 | ^ | MEBN | Nov 28 2025 18:57:39 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5762682 | | Email/Text: bankruptcy@springoakscapital.com | Nov 28 2025 19:02:00 | Spring Oaks Capital, LLC, 1400 Crossways Blvd Ste 100B, Chesapeake, VA 23320-0207 |
| 5762680 | | Email/Text: bankruptcy@sw-credit.com | Nov 28 2025 19:02:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 5762683 | | EDI: AISTMBL.COM | Nov 29 2025 00:00:00 | Sprint Wireless, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 5762684 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 28 2025 19:02:00 | Sunrise Credit Services, 8 Corporate Center Dr Ste 300, Melville, NY 11747-3193 |
| 5762686 | + | Email/Text: dht@pacollections.com | Nov 28 2025 19:02:00 | Tsarouhis Law Group, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5762687 | | Email/Text: bkrcy@ugi.com | Nov 28 2025 19:02:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 5762689 | + | EDI: VERIZONCOMB.COM | Nov 29 2025 00:00:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |

| 5762690 | + Email/Text: bankruptcynotice@westlakefinancial.com | Nov 28 2025 19:02:00 | Westlake Financial Services, P.O Box 76809, Los Angeles, CA 90076-0809 |
| --- | --- | --- | --- |
| 5762691 | EDI: COMCASTCBLCENT | Nov 29 2025 00:00:00 | Xfinity Mobile, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5762663 | *+ | Jefferson Capital LLC, 200 14th Ave E, Sartell, MN 56377-4500 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Jason M Green usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Amanda Krawczyk usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jason M Green<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0833 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Amanda Krawczyk<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4096 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7   11/26/25 |
| Case number: | 5:25–bk–03412–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason M Green | Amanda Krawczyk |
| 2. | **All other names used in the last 8 years** | aka Jason Green, aka Jason Michael Green | aka Amanda L Krawczyk, aka Amanda Green, aka Amanda Leea Krawczyk, aka Amanda Leea Green, aka Amanda L Green |
| 3. | **Address** | 617 Susquehanna Ave<br>Olyphant, PA 18447 | 617 Susquehanna Ave<br>Olyphant, PA 18447 |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jill E. Durkin<br>Durkin Law, LLC<br>(Trustee)<br>401 Marshbrook Road<br>Factoryville, PA 18419 | Contact phone 570–881–4158<br><br>Email: jilldurkinesq@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| Debtor **Jason M Green** and **Amanda Krawczyk** | | Case number **5:25-bk-03412-MJC** |

**6. Bankruptcy clerk's office**
Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.

Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Hours open:
Monday – Friday 9:00 AM to 4:00 PM

Contact phone (570) 831-2500

Date: 11/28/25

**7. Meeting of creditors**
Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

*Valid photo ID and proof of Social Security number are required*

**Date:** December 23, 2025 at 11:15 AM
The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

For additional information use the QR code or visit:

https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom

The Court does not endorse or exercise any responsibility of the content at this link.

**Location:**
Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 819 597 0379, Click on Join using passcode 6228655530, or call 1-272-239-0678



**8. Presumption of abuse**
If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

**9. Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing deadline: 2/21/26**

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

**10. Proof of claim**
Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**