# SABATINI LAW FIRM, LLC

**CARLO SABATINI**\*
**KRISTIN SABATINI**

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
**Satellite Office:** Wilkes-Barre 823-9000

December 17, 2025

Bankruptcy Clerks Office
U.S. Courthouse
197 South Main St.
Wilkes-Barre, PA 18701

> **RE: In re Jason Green & Amanda Krawczyk**
> **Case No. 5:25-bk-03412-MJC**

Dear Sir or Madam:

The notice sent to Credit One Bank in the above case was returned to my office because the address was incorrect. Kindly change the address for Credit One Bank on the mailing matrix to the following:

OLD ADDRESS:                    NEW ADDRESS:
Credit One Bank                 Credit One Bank
PO Box 6500                     P.O. Box 98873
City of Industry, CA 90601      Las Vegas, NV 89193-8873

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

/s/Tiffany Bator
Tiffany Bator
Paralegal

/eir