# SABATINI LAW FIRM, LLC

CARLO SABATINI
KRISTIN SABATINI

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
Satellite Office: Wilkes-Barre 823-9000

January 7, 2026

Bankruptcy Clerks Office
U.S. Courthouse
197 South Main St.
Wilkes-Barre, PA 18701

**RE: In re Jason & Amanda Green**
**Case No. 5:25-bk-03412-MJC**

Dear Sir or Madam:

    The notice sent to Commonwealth of Pennsylvania in the above case was returned to my office because the address was incorrect. Kindly change the address for Commonwealth of Pennsylvania on the mailing matrix to the following:

OLD ADDRESS:
Commonwealth of Pennsylvania
123 Wyoming Ave
Scranton, PA 18503-2026

NEW ADDRESS:
Commonwealth of Pennsylvania
140 N. Washington Ave 1st Floor
Scranton PA, 18503

    Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

/s/ Tiffany Bator
Tiffany Bator
Paralegal

/tb

---

* Board Certified - Consumer Bankruptcy Law - American Board of Certification