United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason M Green  
Amanda Krawczyk  
    Debtors

Case No. 25-03412-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: Feb 26, 2026      Form ID: 318      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M Green, Amanda Krawczyk, 617 Susquehanna Ave, Olyphant, PA 18447-1647 |
| 5767637 | + | ADD - ABC Bail Bonds, 1329 Wyoming Ave, Unit B, Scranton, PA 18509-2867 |
| 5767636 | + | ADD - ABC Bail Bonds, 215 W Bridge St, Morrisville, PA 19067-7118 |
| 5767638 | | ADD - Community Bank, PO Box 509, Canton, NY 13617-0509 |
| 5767639 | + | ADD - NBT Bank, PO Box 351, Norwich, NY 13815-0351 |
| 5767640 | | ADD - Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |
| 5767641 | + | ADD - YMCA, 706 N Blakely St, Dunmore, PA 18512-1937 |
| 5762645 | + | Berkheimer Tax Office, 300 Lackawanna Ave #116, Scranton, PA 18503-2001 |
| 5762646 | + | Brigid E Carey, Esq., PO Box 424, Chinchilla, PA 18410-0424 |
| 5762647 | | Capital One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5762655 | | Commonwealth of Pennsylvania, 140 N. Washington Ave 1st Floor, Scranton PA, 18503 |
| 5762656 | + | Connor Michael Harrison, A.D.A., 135 Jefferson Ave, Scranton, PA 18503-1717 |
| 5762661 | + | JBAS Realty LLC, Attn: Patrick McHugh, 1 Keystone Place, Jessup, PA 18434-1818 |
| 5762664 | | Jefferson Capital Systems, 200 145th Ave East, Sartell, MN 56377 |
| 5762665 | + | Jeffrey & Cindy Schabloski, 104 Conklin Forks Road, Binghamton, NY 13903-6814 |
| 5762666 | + | Kevin & Jennifer Long, 3730 State Route 2012, Clifford Township, PA 18470-7448 |
| 5762667 | + | La Salle Academy, 1434 North 2nd Street, Philadelphia, PA 19122-3802 |
| 5762668 | + | Luxe Homes Real Estate LLC, 104 Delaware Ave, Olyphant, PA 18447-1518 |
| 5762669 | + | Luxe Homes Real Estate LLC, 104 Delaware Street, Olyphant, PA 18447-1518 |
| 5762671 | | ML Enterprise Inc, 245 W 17th St, Fl 4, New York, NY 10011-5373 |
| 5762673 | + | Olyphant Borough Electric Utilities, 113 Willow Ave, Olyphant, PA 18447-2508 |
| 5762675 | + | Pennsylvania Physician Services, LLC, 575 N RIVER ST, Wilkes Barre, PA 18764-0999 |
| 5762679 | | Santander Consumer USA Inc., 1 Allied Dr, Trevose, PA 19053-6945 |
| 5762681 | + | Sposto Law Offices, PC, 108 N washington Avenue, Suite 401, Scranton, PA 18503-1926 |
| 5762685 | + | The General Insurance Company, PO Box 8001, Stevens Point, WI 54481-8001 |
| 5762688 | + | Venmo, The Bancorp Bank N.A., 345 N Reid Place, Suite 700, Sioux Falls, SD 57103-7078 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5762641 | + | Email/Text: bankruptcynotices@aarons.com | Feb 26 2026 18:45:00 | Aaron's Rent to Own, 1606 Nay Aug Ave, Scranton, PA 18509-1868 |
| 5762642 | | Email/Text: bankruptcynotices@aarons.com | Feb 26 2026 18:45:00 | Aaron's Sales and Lease Ownership, 340 S Washington Ave, Scranton, PA 18505-3815 |
| 5762643 | + | Email/Text: bankruptcy@rentacenter.com | Feb 26 2026 18:45:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5762644 | ^ | MEBN | Feb 26 2026 18:41:04 | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5762649 | | Email/Text: bankruptcynotices@hellobrigit.com | Feb 26 2026 18:44:00 | CCB/Bridge IT Inc, 36 W 20th St, Fl 11, New York, NY 10011-4241 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5762648 | | Email/Text: bankruptcy@cavps.com | Feb 26 2026 18:45:00 | Cavalry SPV I, LLC, As Assignee of Citi., 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5762650 | | EDI: PHINGENESIS | Feb 26 2026 23:41:00 | Celtic Bank Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 5762651 | | EDI: CITICORP | Feb 26 2026 23:41:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5762652 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 26 2026 18:45:00 | Collection Management Co., 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5762653 | + | EDI: COMCASTCBLCENT | Feb 26 2026 23:41:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5762654 | | EDI: COMCASTCBLCENT | Feb 26 2026 23:41:00 | Comcast/Xfinity Cable Services, PO BOX 6505, CHELMSFORD, MA 01824 |
| 5762657 | | EDI: CCS.COM | Feb 26 2026 23:41:00 | Credit Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 5762658 | | Email/Text: bdsupport@creditmanagementcompany.com | Feb 26 2026 18:45:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5762659 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2026 18:43:07 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5762660 | | EDI: LCIICSYSTEM | Feb 26 2026 23:41:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5762662 | | EDI: JEFFERSONCAP.COM | Feb 26 2026 23:41:00 | Jefferson Capital LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5762670 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 18:53:18 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5762672 | ^ | MEBN | Feb 26 2026 18:40:40 | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5762674 | + | EDI: AGFINANCE.COM | Feb 26 2026 23:41:00 | One Main, 601 NW 2ND ST, Evansville, IN 47708-1013 |
| 5762676 | | EDI: PRA.COM | Feb 26 2026 23:41:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5762677 | | EDI: PRA.COM | Feb 26 2026 23:41:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 102, Norfolk, VA 23502-4952 |
| 5762678 | ^ | MEBN | Feb 26 2026 18:40:59 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5762682 | | Email/Text: bankruptcy@springoakscapital.com | Feb 26 2026 18:44:00 | Spring Oaks Capital, LLC, 1400 Crossways Blvd Ste 100B, Chesapeake, VA 23320-0207 |
| 5762680 | | Email/Text: bankruptcy@sw-credit.com | Feb 26 2026 18:45:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 5762683 | | EDI: AISTMBL.COM | Feb 26 2026 23:41:00 | Sprint Wireless, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 5762684 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Feb 26 2026 18:44:00 | Sunrise Credit Services, 8 Corporate Center Dr Ste 300, Melville, NY 11747-3193 |
| 5762686 | + | Email/Text: dht@pacollections.com | Feb 26 2026 18:45:00 | Tsarouhis Law Group, 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5762687 | | Email/Text: bkrcy@ugi.com | Feb 26 2026 18:45:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 5762689 | + | EDI: VERIZONCOMB.COM | Feb 26 2026 23:41:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5762690 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 26 2026 18:45:00 | Westlake Financial Services, P.O Box 76809, Los |

| | | | |
|---|---|---|---|
| 5762691 | EDI: COMCASTCBLCENT | Feb 26 2026 23:41:00 | Angeles, CA 90076-0809<br>Xfinity Mobile, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5762663 | *+ | Jefferson Capital LLC, 200 14th Ave E, Sartell, MN 56377-4500 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Jason M Green usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Amanda Krawczyk usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jason M Green | Social Security number or ITIN xxx–xx–0833 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Amanda Krawczyk | Social Security number or ITIN xxx–xx–4096 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–03412–MJC | |

# Order of Discharge                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason M Green
aka Jason Green, aka Jason Michael Green

Amanda Krawczyk
aka Amanda L Krawczyk, aka Amanda Green,
aka Amanda Leea Krawczyk, aka Amanda Leea
Green, aka Amanda L Green

**By the court:**

_[signature]_

2/26/26

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2